## COMMONWEALTH, Appellant, v. STAVING ET AL.

Appeals, Nos. 190, 191, Oct. T., 1892, by plaintiff from decree of C. P. No. 1, Allegheny Co., discharging rules for judgments, against defendants, W. C. Staving and Chas. E. Shirley, for want of sufficient affidavit of defence. Argued with preceding case.

PER CURIAM, January 3, 1893, in each case:
This case is ruled by Commonwealth v. Roberts, decided herewith.

Judgment affirmed.

(See also the preceding case.)